| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Daniel R Benson, Esq. (pro hac vice admission pending)<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Telephone No: 212-506-1700 | | | | |
| Attorney For: Plaintiff | | Ref. No. or File No.: 12362704 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>In the Circuit Court of Lamar County, Mississippi | | | | |
| Plaintiff: Brett Lorenzo Favre<br>Defendant: Shannon Sharpe | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37CI1:23-cv-00031-CM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Civil Cover Sheet

3. a. Party served: Shannon Sharpe
   b. Person served: Shannon Sharpe , African American , Male , Age: 55 , Height: 6'3" , Weight: 240

4. Address where the party was served: 867 Carlton Rdg NE, Atlanta, GA 30342

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Feb. 18, 2023 (2) at: 10:08 PM

I declare under penalty of perjury that the foregoing is true and correct.

7. **Person Who Served Papers:**
   a. Frank James 179
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

2/28/23
(Date)         (Signature)

8. STATE OF GEORGIA, COUNTY OF __FULTON__
   Subscribed and sworn to (or affirmed) before on this __28__ day of __FEBRUARY__, 2023 by Frank James 179 proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)

*Krista Meadows, Notary Public, Fulton County, Georgia, Commission Expires August 04, 2026*

8407531
(362860)

AFFIDAVIT OF SERVICE

EXHIBIT B