UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BRETT LORENZO FAVRE                          PLAINTIFF

V.                          CIVIL ACTION NO. 2:23cv42-KS-MTP

SHANNON SHARPE                          DEFENDANT

## **ORDER**

THIS MATTER is before the court on the Defendant's unopposed motion [3] to respond to the complaint. The court finds that the motion should be granted to the extent that Defendant requests until April 3, 2023 to respond to the complaint. The motion also requests that Plaintiff be granted additional time to reply to Defendant's response. This portion of the motion is denied without prejudice as premature. Any request for time to respond to a dispositive or other motion may be made if and when a motion is filed.

IT IS, THEREFORE, ORDERED that Defendant is granted until April 3, 2023 to respond to the complaint. Any other relief sought by the motion is denied without prejudice.

SO ORDERED this the 22nd day of March, 2023.

                                                                   s/Michael T. Parker
                                                                   UNITED STATES MAGISTRATE JUDGE