Exhibit I

Video Disc of September 14, 2022 Episode of *Undisputed*

Filed conventionally

**Exhibit I**