Transcript of the Testimony of
# Transcription of YouTube Video

## Date taken: September 14, 2022

## Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

**Exhibit J**

Case 2:23-cv-00042-KS-MTP   Document 12-10   Filed 05/03/23   Page 2 of 30

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 1

TRANSCRIPTION OF:


YouTube

UNDISPUTED/09.14.22
SHANNON WANTS BRETT FAVRE THROWN IN PRISON OVER
MISSISSIPPI WELFARE SCANDAL -

VIDEO TRANSCRIBED BY:

LINDA BALLEX, CCR
Cert.  No.  91029

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Page 2

```
 1              (BEGINNING OF VIDEO)

 2        LADY SPEAKER:

 3                  Yesterday an

 4         investigation by Mississippi

 5         Today found that Brett Favre,

 6         along with the help of a former

 7         Mississippi Governor obtained

 8         welfare funds to help build a new

 9         volleyball center at the

10         University of Southern

11         Mississippi.

12                  Shannon, how much do

13         you think this could tarnish

14         Brett Favre's legacy?

15        SHANNON SHARPE:

16                  Well, I don't think

17         nothing can tarnish it because if

18         you go back and look at his

19         history when he played in the

20         NFL, it should have tarnished it

21         already.

22                  I talked to people

23         that was in the room when Brett

24         Favre went into the Hall of Fame

25         and nobody mentioned about text
```

Page 3

1           messages that he sent to that

2           Jets masseuse.  Nobody mentioned

3           anything about the addiction that

4           he suffered from.

5                     But yet TO, they

6           brought up everything.  Can you

7           imagine if TO would have had an

8           incident -- incidents like Brett

9           Favre off the field?  TO still to

10          this day right now would not be

11          in the Hall of Fame.  Yet they

12          walked right past it like Brett

13          Favre did nothing.

14      SKIP BAYLESS:

15                    That is true.  I give

16        you that.

17      SHANNON SHARPE:

18                    The problem that I

19        have with this situation --

20      SKIP BAYLESS:

21                    Yeah.

22      SHANNON SHARPE:

23                    -- you got to be a

24        sorry mofo to steal from the

25          lowest of the lowest -- Skip,

Page 4

1        Mississippi is the poorest state

2        in our country.

3     SKIP BAYLESS:

4              It is.

5     SHANNON SHARPE:

6              Its citizens.  So if

7        that is the poorest state, Brett

8        Favre is taking from the

9        underserved. You made a hundred

10       plus million dollars in the NFL

11       and to talk about, well, he

12       didn't know.  This is what Brett

13       Favre texted, "If you were to pay

14       me, is there any way the media

15       can find out where it came from

16       and how much?"

17              So if you got to ask

18       this question, "Is there any way

19       the media could find out?" you

20       already know you're doing

21       something wrong.  The mere fact

22       that you don't want anybody to

23       know, so you know you're doing

24       something wrong.

25              Skip, he wanted to

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 5

1          seem so philanthropic, he wanted

2          to change the perception, the

3          narrative.  He take money for

4          some damn volleyball arena.

5     SKIP BAYLESS:

6               Well, his daughter.

7     SHANNON SHARPE:

8               His daughter played.

9          So, so.  You see what Brett Favre

10         did for his alma mater?  No.  He

11         didn't give no money came out of

12         his pocket.  He stole money from

13         people that really needed that

14         money.

15    SKIP BAYLESS:

16              Yeah.

17    SHANNON SHARPE:

18              Man, this is

19         embarrassing.  And he not the

20         only one, Ted DBR, a former

21         wrestler; even Marcus Dupre, a

22         great running back, at your old

23         -- the school you love, you loved

24         growing up, Oklahoma; he got

25         money.

Page 6

1               How can -- you got to

2          be really low to take from the

3          poorest of the poor. Brett, you

4          ain't got enough money?  Okay.

5          Skip, listen, okay, you know

6          you're not supposed to have this,

7          but how you going to give

8          speeches?  They paying you to

9          give speeches and you didn't even

10         give the speeches.  And now you

11         won't even pay the money back.

12         And they fired one of the guys

13         that said he tried to recoup the

14         money.  They fired him because he

15         was a Clinton appointee.  This

16         was political.

17     SKIP BAYLESS:

18               Yeah.

19     SHANNON SHARPE:

20               Shouldn't you give the

21         money back, have nothing to do

22         with politics.  The man got to --

23         this is what we know, Skip, when

24         black and brown people defraud

25         the government, they hell bent,

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 7

1          you get an EBT card, you get WIC,

2          or you get stuff like that, boy,

3          they move heaven and earth to try

4          to put you in jail for 400 little

5          measly dollars.

6      SKIP BAYLESS:

7              Fact.

8      SHANNON SHARPE:

9              Now this man done took

10     a million dollars. Somebody got

11     three million.  Somebody got

12     400,000.

13     SKIP BAYLESS:

14             Yeah.

15     SHANNON SHARPE:

16             And they sitting

17     around, well, you know, it

18     happened and we'll see -- and

19     they going to get more money and

20     do it all over again.

21     SKIP BAYLESS:

22             And to your point, the

23     Mississippi Department of Human

24     Services had to file a civil

25     lawsuit against Brett Favre

Page 8

```
 1          because he had not paid back the

 2          interest he owed on the 1.1

 3          million that he was fraudulently

 4          given for giving no speeches.

 5     SHANNON SHARPE:

 6                    Right.  Right.  And he

 7          won't even pay the 1.1 back.  He

 8          won't even pay the interest on

 9          the money.

10     SKIP BAYLESS:

11                    Right.  It's $228,000.

12     SHANNON SHARPE:

13                    I mean, you got to be

14          really low. You got to be really

15          low. And people that -- and

16          politicians that -- you got to be

17          really low too, to know that this

18          money is supposed to go to the

19          most underserved.  And you taking

20          and giving it to people that's

21          made millions or got millions or

22          have the potential to make

23          millions and you willing to do

24          that.  You willing to let your

25          people starve.  You let your
```

Page 9

1          people go underserved.  And,

2          Brett Favre, you took this money.

3          Ain't no --

4                    Look, Skip, this is

5          what we know, if people like you,

6          there is nothing you can do to

7          turn them against you.

8                    We've seen this before

9          now.  We see what's going on

10         right now.  We got people bending

11         themselves becoming

12         contortionists, trying to explain

13         away what somebody is doing with

14         top secret documents at their

15         location.  They bend themselves

16         into a pretzel.  They looking

17         like Neo in The Matrix.

18      SKIP BAYLESS:

19                    Yeah.

20      SHANNON SHARPE:

21                    So nothing Brett Favre

22         can do.  But he's been a

23         sleazeball.  He's been shady for

24         a very very long time.

25      SKIP BAYLESS:

Page 10

1               To all of your points,

2          the one thing I'm pretty sure

3          about is Brett Favre will not be

4          seen in any more national TV

5          commercials from this point

6          forward.

7     SHANNON SHARPE:

8               Why won't he?  Skip,

9          they knew about this.  He still

10         in Conference John.  He is still

11         throwing passes to JM Wright.

12    SKIP BAYLESS:

13              This will end that.

14    SHANNON SHARPE:

15              Whatever.

16    SKIP BAYLESS:

17              So we start with his

18         career.  And, obviously, the

19         great John Madden helped make

20         Brett Favre's career.

21    SHANNON SHARPE:

22              He did.

23    SKIP BAYLESS:

24              Because --

25    SHANNON SHARPE:

Page 11

1                       He loved him.

2     SKIP BAYLESS:

3                        He just loved him.

4          And it gave John so much joy to

5          watch Brett play with so much

6          joy.  And we give him that.  He

7          was obviously a great football

8          player.

9          SHANNON SHARPE:

10                       Yes.

11         SKIP BAYLESS:

12                       I thought he got away

13         with near murder on the football

14         field because he had the greenest

15         light.  He could just try about

16         anything.  But he had a huge arm

17         and he was pretty athletic,

18         especially in his younger days.

19         He just -- he did whatever the

20         hell he felt like doing.  And

21         about 75 percent of the time it

22         worked.

23                       And your brother was

24         there in Green Bay, Sterling

25         Sharpe.

Page 12

```
 1        MR. SHANNON SHARPE:

 2                    Yes, three years with

 3          him.

 4        SKIP BAYLESS:

 5                    Three years with Brett

 6          Favre.  So he knows what the

 7          story was.

 8        SHANNON SHARPE:

 9                    Yes.

10        SKIP BAYLESS:

11                    And I don't think

12          Brett was a bad guy in the locker

13          room but then we got all kinds of

14          issues going on outside of the

15          locker room.

16        SHANNON SHARPE:

17                    Right.  Right.

18                    Well, considering that

19          he held the Patriots hostage.

20          How many years did he held the

21          Patriots hostage?  I mean, the

22          Packers --

23        SKIP BAYLESS:

24                    The Packers.

25        SHANNON SHARPE:
```

Page 13

1                     -- the Packers

2          hostage?

3       SKIP BAYLESS:

4                     The Packers.

5       SHANNON SHARPE:

6                     How many, Skip?

7          Because isn't that locker room

8          behavior?  Well, I'm not playing.

9          I want to retire.  I don't want

10         to come to minicamp.  I don't

11         want to come to training camp.

12         Trade me.

13                     Isn't that -- isn't

14         that locker room behavior?

15         Couldn't that be used against

16         him?  It was never brought up.

17      SKIP BAYLESS:

18                     It was diva behavior

19         at the very least.

20                     So now I go back to

21         Jeff Pearlman's book that he

22         wrote a few years back on Brett

23         Favre and it was yesterday on

24         Twitter he just --

25      SHANNON SHARPE:

Page 14

```
 1                    He unloaded on him.

 2          SKIP BAYLESS:

 3                    He unloaded on him and

 4          walked everything back.

 5                    And if you don't know

 6          Jeff Pearlman, he wrote the book

 7          on the Showtime Lakers that

 8          became the basis for Winning

 9          Time, the HBO series.  But he did

10          do a book on Brett Favre.  And as

11          he said about the positive, he

12          said, Yeah, I talked about the

13          football heroics, the overcoming

14          obstacles, the practical joker.

15          But, yes, I also included in the

16          book his grossness, his

17          addictions and his treatment of

18          women.

19                    But now after what he

20          heard about this, he just

21          concluded that Brett Favre is a

22          bad guy.  He doesn't deserve the

23          icon treatment.  He doesn't

24          deserve a claim image

25          rehabilitation, warm stories of
```

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 15

1          grid iron glory.  He says, "Now,

2          taking money that was designated

3          to help poor people in his state

4          --

5     SHANNON SHARPE:

6               Yes.

7     SKIP BAYLESS:

8               " -- in funneling that

9          money to help build a," an

10         expletive, "volleyball arena."

11    SHANNON SHARPE:

12              Yeah.

13    SKIP BAYLESS:

14              Again, it was because

15         his daughter was the volleyball

16         player at that point at Southern

17         Mississippi.  He said, "That is

18         so grotesque.  That is so

19         monstrous," that he, Jeff

20         Pearlman, "is done with Brett

21         Favre."

22              Well, so should

23         everybody else be because this is

24         just the worst.  And it does

25         tarnish his off-the-field legacy.

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 16

1        You can't take away from what he

2        did. He won MVPs.

3     SHANNON SHARPE:

4             Yeah, he did that.  He

5        did that.

6     SKIP BAYLESS:

7             We got that.

8     SHANNON SHARPE:

9             Yeah.

10    SKIP BAYLESS:

11            We got it.

12    SHANNON SHARPE:

13            Two things can be

14       true, though.

15    SKIP BAYLESS:

16            Two things can be true

17       in this case for sure.

18            But this is so

19       egregious.  This is so over the

20       line that as yet he has not been

21       criminally charged nor has the

22       exGovernor who he conspired with

23       but something is going to come

24       down from this.

25    SHANNON SHARPE:

Page 17

1          They should.

2    SKIP BAYLESS:

3          Yes.

4    SHANNON SHARPE:

5          I mean, you're doing

6    -- I mean, you communicating

7    through text about illegal

8    activity.  You already said, "If

9    you pay me, will the media find

10   out about this?"

11   SKIP BAYLESS:

12         Yeah.  That's about as

13   damning as it gets.

14   SHANNON SHARPE:

15         Skip, Skip, you don't

16   think I want to do something for

17   my school, Savannah State?  Hell,

18   I would like to give them a five

19   million, ten million dollar

20   donation but I'm not -- I would

21   not -- I will not put myself to

22   try to seem philanthropic or this

23   great benefactor and to take from

24   Georgia's poorest that are most

25   underserved.  Why the hell would

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 18

```
 1        I do that?
 2              Now, it's probably
 3        going to be in my estate.  Yeah,
 4        when I'm gone, yes, Savannah
 5        State, I'm going to leave money
 6        for Savannah State.  But I ain't
 7        got it like that.  And I'm not
 8        trying to be philanthropic and
 9        try to show everybody I am while
10        I steal from one -- I rob Peter
11        to pay Paul so people look at me,
12        man, look at what Shannon Sharpe
13        did.
14              Brah, for a volleyball
15        arena, five million dollars?  To
16        the -- you're the poorest state.
17        Your people need help the most
18        and you do this?
19              And then you get 1.1
20        million in speeches.  Who the
21        hell he going to talk to?  Poor
22        people don't want to hear no damn
23        encouragement.  They need help.
24        They need supplies.  So what, you
25        give them a pep talk?
```

Page 19

```
 1                    What speeches is he

 2           going to give.  Skip, tell me the

 3           speeches that he could possibly

 4           give that's going to help the

 5           Mississippi's most underserved,

 6           that's going to do something for

 7           them. He ain't bringing no damn

 8           food.  He ain't bringing water.

 9           He not bringing supplies.  How

10           did he help teen pregnancy?  For

11           what?

12       SKIP BAYLESS:

13                    And what boggles my

14           mind is he made so much money in

15           the NFL for so long.  So much for

16           so long that he comes across as

17           incredibly miserly.  Why couldn't

18           he just give some of his savings.

19           He's fully capable.  He's got

20           deep enough pockets at this

21           point, he could have bought the

22           volleyball arena.  He could have

23           paid the five million, right?

24       SHANNON SHARPE:

25                    Yes.  Yes.
```

Page 20

1                    Skip, everybody wants

2              to spend somebody else's money.

3         SKIP BAYLESS:

4                    Yeah, well, c'mon.

5         SHANNON SHARPE:

6                    I mean, it's just

7              natural.  But you got to be

8              pretty low that you would take

9              from the most underserved to fill

10             your need or so you can seem

11             philanthropic.  Really?  Because,

12             Skip, you know they say, man, you

13             see what Brett did?  Five million

14             for a volleyball arena because

15             his daughter played there.  He

16             didn't have to do that.

17                   He didn't do nothing.

18             The federal government gave that

19             money.

20                   But they quick to talk

21             about, oh, black and brown

22             people, they be stealing and we

23             need to cut out some of this,

24             this, this pork and all this.

25             Stop it.

Page 21

1       SKIP BAYLESS:

2                   Yeah.

3       SHANNON SHARPE:

4                   The biggest criminals,

5           the people that steal the most,

6           look like that.

7       SKIP BAYLESS:

8                   Well, somehow it felt

9           like Brett Favre rose above the

10          addictions and he somehow rose

11          above the incident with the woman

12          with the Jets.  And now he's not

13          going to be able to rise above

14          this one.

15      SHANNON SHARPE:

16                  Give him,  give him a

17          year.  Give him a year.  He be

18          right back.  He be right back on

19          it.

20      SKIP BAYLESS:

21                  I don't think so.

22      SHANNON SHARPE:

23                  Skip, when they like

24          you, you untouchable.  And you

25          know that. You've been around

Page 22

```
 1          this too long.
 2                    Look at how they treat
 3          -- look at some of the guys that
 4          are within the steroid era and
 5          then some of the guys that, what,
 6          how they get treated.  They went
 7          right on into the hall.  No
 8          questions asked.
 9                    This is -- this is a
10          joke.
11      LADY SPEAKER:
12                    Well, gentlemen, Yahoo
13          Sports reports that the FBI is
14          looking into this and has
15          actually questioned Brett Favre
16          already about it.  They also
17          added up the estimated salary
18          total for him during his NFL
19          career, they are guessing 138
20          million was his total salary
21          takeaway.
22      SKIP BAYLESS:
23                    There you go.
24      SHANNON SHARPE:
25                    Plus off-the-field
```

Page 23

```
 1          money he made as far as

 2          endorsements, Man.

 3      LADY SPEAKER:

 4                  Indeed.  Indeed.

 5                  All right.  Let's move

 6      on, guys.

 7                  Let's talk a little

 8      basketball and theoretical,

 9      hypothetical situations.  Those

10      are always fun.

11                  Who wins between

12      Michael Jordan's Dream Team and

13      Lebron's Redeem Team?

14      SKIP BAYLESS:

15                  Seriously?

16      SHANNON SHARPE:

17                  We got this.

18      LADY SPEAKER:

19                  We'll have fun with

20      this one.  That's coming up next.

21      SHANNON SHARPE:

22                  We got this.

23      SKIP BAYLESS:

24                  Seriously?  Who is we,

25      Jordan?
```

Page 24

1                    (END OF VIDEO)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 25

1                    REPORTER'S CERTIFICATE

2

3          I,  LINDA A. BALLEX, Certified Court

4    Reporter, in and for the State of Louisiana, do

5    hereby certify that I DID NOT REPORT the

6    proceedings herein; that the foregoing testimony

7    was prepared and transcribed by me or under my

8    personal direction and supervision from all

9    available audio recordings of the proceeding; that

10   due to interaction in the spontaneous discourse of

11   this proceeding, dashes (--) have been used to

12   indicate pauses, changes in thought, and audio

13   that may have been inaudible; and that the

14   foregoing pages, numbered 1 through 24, inclusive,

15   is a true and correct transcript to the best of my

16   ability and understanding; that I am impartial to

17   the proceedings and outcome of this matter.

18

19
                     _____
20                   LINDA A. BALLEX, CCR
                     Certified Court Reporter
21                   #91029

22

23

24

25

Case 2:23-cv-00042-KS-MTP    Document 12-10    Filed 05/03/23    Page 27 of 30

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page  26

**A**

ability 25:16
able 21:13
activity 17:8
added 22:17
addiction 3:3
addictions 14:17
  21:10
ain't 6:4 9:3
  18:6 19:7,8
alma 5:10
anybody 4:22
appointee 6:15
arena 5:4 15:10
  18:15 19:22
  20:14
arm 11:16
asked 22:8
athletic 11:17
audio 25:9,12
available 25:9

**B**

back 2:18 5:22
  6:11,21 8:1,7
  13:20,22 14:4
  21:18,18
bad 12:12 14:22
BALLEX 1:24
  25:3,20
basis 14:8
basketball 23:8
Bay 11:24
BAYLESS 3:14
  3:20 4:3 5:5,15
  6:17 7:6,13,21
  8:10 9:18,25
  10:12,16,23
  11:2,11 12:4
  12:10,23 13:3
  13:17 14:2
  15:7,13 16:6
  16:10,15 17:2
  17:11 19:12
  20:3 21:1,7,20

22:22 23:14,23
becoming 9:11
BEGINNING
  2:1
behavior 13:8
  13:14,18
bend 9:15
bending 9:10
benefactor
  17:23
bent 6:25
best 25:15
biggest 21:4
black 6:24 20:21
boggles 19:13
book 13:21 14:6
  14:10,16
bought 19:21
boy 7:2
Brah 18:14
Brett 1:9 2:5,14
  2:23 3:8,12 4:7
  4:12 5:9 6:3
  7:25 9:2,21
  10:3,20 11:5
  12:5,12 13:22
  14:10,21 15:20
  20:13 21:9
  22:15
bringing 19:7,8
  19:9
brother 11:23
brought 3:6
  13:16
brown 6:24
  20:21
build 2:8 15:9

**C**

c'mon 20:4
camp 13:11
capable 19:19
card 7:1
career 10:18,20
  22:19

case 16:17
CCR 1:24 25:20
center 2:9
Cert 1:24
CERTIFICATE
  25:1
Certified 25:3
  25:20
certify 25:5
change 5:2
changes 25:12
charged 16:21
citizens 4:6
civil 7:24
claim 14:24
Clinton 6:15
come 13:10,11
  16:23
comes 19:16
coming 23:20
commercials
  10:5
communicating
  17:6
concluded 14:21
Conference
  10:10
considering
  12:18
conspired 16:22
contortionists
  9:12
correct 25:15
country 4:2
Court 25:3,20
criminally 16:21
criminals 21:4
cut 20:23

**D**

damn 5:4 18:22
  19:7
damning 17:13
dashes 25:11
daughter 5:6,8

15:15 20:15
day 3:10
days 11:18
DBR 5:20
deep 19:20
defraud 6:24
Department
  7:23
deserve 14:22,24
designated 15:2
direction 25:8
discourse 25:10
diva 13:18
documents 9:14
doing 4:20,23
  9:13 11:20
  17:5
dollar 17:19
dollars 4:10 7:5
  7:10 18:15
donation 17:20
Dream 23:12
due 25:10
Dupre 5:21

**E**

earth 7:3
EBT 7:1
egregious 16:19
else's 20:2
embarrassing
  5:19
encouragement
  18:23
endorsements
  23:2
era 22:4
especially 11:18
estate 18:3
estimated 22:17
everybody 15:23
  18:9 20:1
exGovernor
  16:22
explain 9:12

expletive 15:10

**F**

fact 4:21 7:7
Fame 2:24 3:11
far 23:1
Favre 1:9 2:5,24
  3:9,13 4:8,13
  5:9 7:25 9:2,21
  10:3 12:6
  13:23 14:10,21
  15:21 21:9
  22:15
Favre's 2:14
  10:20
FBI 22:13
federal 20:18
felt 11:20 21:8
field 9:1 11:14
file 7:24
fill 20:9
find 4:15,19
  17:9
fired 6:12,14
five 17:18 18:15
  19:23 20:13
food 19:8
football 11:7,13
  14:13
foregoing 25:6
  25:14
former 2:6 5:20
forward 10:6
found 2:5
fraudulently 8:3
fully 19:19
fun 23:10,19
funds 2:8
funneling 15:8

**G**

gentlemen 22:12
Georgia's 17:24
give 3:15 5:11
  6:7,9,10,20

Case 2:23-cv-00042-KS-MTP   Document 12-10   Filed 05/03/23   Page 28 of 30

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page  27

11:6 17:18
  18:25 19:2,4
  19:18 21:16,16
  21:17
given 8:4
giving 8:4,20
glory 15:1
go 2:18 8:18 9:1
  13:20 22:23
going 6:7 7:19
  9:9 12:14
  16:23 18:3,5
  18:21 19:2,4,6
  21:13
government
  6:25 20:18
Governor 2:7
great 5:22 10:19
  11:7 17:23
Green 11:24
greenest 11:14
grid 15:1
grossness 14:16
grotesque 15:18
growing 5:24
guessing 22:19
guy 12:12 14:22
guys 6:12 22:3,5
  23:6

**H**
hall 2:24 3:11
  22:7
happened 7:18
HBO 14:9
hear 18:22
heard 14:20
heaven 7:3
held 12:19,20
hell 6:25 11:20
  17:17,25 18:21
help 2:6,8 15:3,9
  18:17,23 19:4
  19:10
helped 10:19

heroics 14:13
history 2:19
hostage 12:19
  12:21 13:2
huge 11:16
Human 7:23
hundred 4:9
hypothetical
  23:9

**I**
icon 14:23
illegal 17:7
image 14:24
imagine 3:7
impartial 25:16
inaudible 25:13
incident 3:8
  21:11
incidents 3:8
included 14:15
inclusive 25:14
incredibly 19:17
indicate 25:12
interaction
  25:10
interest 8:2,8
investigation 2:4
iron 15:1
issues 12:14

**J**
jail 7:4
Jeff 13:21 14:6
  15:19
Jets 3:2 21:12
JM 10:11
John 10:10,19
  11:4
joke 22:10
joker 14:14
Jordan 23:25
Jordan's 23:12
joy 11:4,6

**K**
kinds 12:13
knew 10:9
know 4:12,20,23
  4:23 6:5,23
  7:17 8:17 9:5
  14:5 20:12
  21:25
knows 12:6

**L**
LADY 2:2 22:11
  23:3,18
Lakers 14:7
lawsuit 7:25
leave 18:5
Lebron's 23:13
legacy 2:14
  15:25
Let's 23:5,7
light 11:15
LINDA 1:24
  25:3,20
line 16:20
listen 6:5
little 7:4 23:7
location 9:15
locker 12:12,15
  13:7,14
long 9:24 19:15
  19:16 22:1
look 2:18 9:4
  18:11,12 21:6
  22:2,3
looking 9:16
  22:14
Louisiana 25:4
love 5:23
loved 5:23 11:1
  11:3
low 6:2 8:14,15
  8:17 20:8
lowest 3:25,25

**M**

Madden 10:19
man 5:18 6:22
  7:9 18:12
  20:12 23:2
Marcus 5:21
masseuse 3:2
mater 5:10
Matrix 9:17
matter 25:17
mean 8:13 12:21
  17:5,6 20:6
measly 7:5
media 4:14,19
  17:9
mentioned 2:25
  3:2
mere 4:21
messages 3:1
Michael 23:12
million 4:10
  7:10,11 8:3
  17:19,19 18:15
  18:20 19:23
  20:13 22:20
millions 8:21,21
  8:23
mind 19:14
minicamp 13:10
miserly 19:17
Mississippi 1:9
  2:4,7,11 4:1
  7:23 15:17
Mississippi's
  19:5
mofo 3:24
money 5:3,11,12
  5:14,25 6:4,11
  6:14,21 7:19
  8:9,18 9:2 15:2
  15:9 18:5
  19:14 20:2,19
  23:1
monstrous 15:19
move 7:3 23:5
murder 11:13

MVPs 16:2

**N**
narrative 5:3
national 10:4
natural 20:7
near 11:13
need 18:17,23
  18:24 20:10,23
needed 5:13
Neo 9:17
never 13:16
new 2:8
NFL 2:20 4:10
  19:15 22:18
numbered 25:14

**O**
obstacles 14:14
obtained 2:7
obviously 10:18
  11:7
off-the-field
  15:25 22:25
oh 20:21
okay 6:4,5
Oklahoma 5:24
old 5:22
outcome 25:17
outside 12:14
overcoming
  14:13
owed 8:2

**P**
Packers 12:22
  12:24 13:1,4
pages 25:14
paid 8:1 19:23
passes 10:11
Patriots 12:19
  12:21
Paul 18:11
pauses 25:12
pay 4:13 6:11

Case 2:23-cv-00042-KS-MTP   Document 12-10   Filed 05/03/23   Page 29 of 30

Transcription of YouTube Video
Undisputed: Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page 28

8:7,8 17:9
18:11
**paying** 6:8
**Pearlman** 14:6
15:20
**Pearlman's**
13:21
**people** 2:22 5:13
6:24 8:15,20
8:25 9:1,5,10
15:3 18:11,17
18:22 20:22
21:5
**pep** 18:25
**percent** 11:21
**perception** 5:2
**personal** 25:8
**Peter** 18:10
**philanthropic**
5:1 17:22 18:8
20:11
**play** 11:5
**played** 2:19 5:8
20:15
**player** 11:8
15:16
**playing** 13:8
**plus** 4:10 22:25
**pocket** 5:12
**pockets** 19:20
**point** 7:22 10:5
15:16 19:21
**points** 10:1
**political** 6:16
**politicians** 8:16
**politics** 6:22
**poor** 6:3 15:3
18:21
**poorest** 4:1,7 6:3
17:24 18:16
**pork** 20:24
**positive** 14:11
**possibly** 19:3
**potential** 8:22
**practical** 14:14

**pregnancy**
19:10
**prepared** 25:7
**pretty** 10:2
11:17 20:8
**pretzel** 9:16
**PRISON** 1:9
**probably** 18:2
**problem** 3:18
**proceeding** 25:9
25:11
**proceedings**
25:6,17
**put** 7:4 17:21

### Q
**question** 4:18
**questioned**
22:15
**questions** 22:8
**quick** 20:20

### R
**really** 5:13 6:2
8:14,14,17
20:11
**recordings** 25:9
**recoup** 6:13
**Redeem** 23:13
**rehabilitation**
14:25
**REPORT** 25:5
**Reporter** 25:4
25:20
**REPORTER'S**
25:1
**reports** 22:13
**retire** 13:9
**right** 3:10,12 8:6
8:6,11 9:10
12:17,17 19:23
21:18,18 22:7
23:5
**rise** 21:13
**rob** 18:10

**room** 2:23 12:13
12:15 13:7,14
**rose** 21:9,10
**running** 5:22

### S
**salary** 22:17,20
**Savannah** 17:17
18:4,6
**savings** 19:18
**says** 15:1
**SCANDAL** 1:9
**school** 5:23
17:17
**secret** 9:14
**see** 5:9 7:18 9:9
20:13
**seen** 9:8 10:4
**sent** 3:1
**series** 14:9
**Seriously** 23:15
23:24
**Services** 7:24
**shady** 9:23
**Shannon** 1:9
2:12,15 3:17
3:22 4:5 5:7,17
6:19 7:8,15 8:5
8:12 9:20 10:7
10:14,21,25
11:9 12:1,8,16
12:25 13:5,25
15:5,11 16:3,8
16:12,25 17:4
17:14 18:12
19:24 20:5
21:3,15,22
22:24 23:16,21
**Sharpe** 2:15
3:17,22 4:5 5:7
5:17 6:19 7:8
7:15 8:5,12
9:20 10:7,14
10:21,25 11:9
11:25 12:1,8

12:16,25 13:5
13:25 15:5,11
16:3,8,12,25
17:4,14 18:12
19:24 20:5
21:3,15,22
22:24 23:16,21
**show** 18:9
**Showtime** 14:7
**sitting** 7:16
**situation** 3:19
**situations** 23:9
**Skip** 3:14,20,25
4:3,25 5:5,15
6:5,17,23 7:6
7:13,21 8:10
9:4,18,25 10:8
10:12,16,23
11:2,11 12:4
12:10,23 13:3
13:6,17 14:2
15:7,13 16:6
16:10,15 17:2
17:11,15,15
19:2,12 20:1,3
20:12 21:1,7
21:20,23 22:22
23:14,23
**sleazeball** 9:23
**somebody** 7:10
7:11 9:13 20:2
**sorry** 3:24
**Southern** 2:10
15:16
**SPEAKER** 2:2
22:11 23:3,18
**speeches** 6:8,9
6:10 8:4 18:20
19:1,3
**spend** 20:2
**spontaneous**
25:10
**Sports** 22:13
**start** 10:17
**starve** 8:25

12:16,25 13:5
13:25 15:5,11
16:3,8,12,25
17:4,14 18:12
19:24 20:5
21:3,15,22
22:24 23:16,21
**show** 18:9
**Showtime** 14:7
**sitting** 7:16
**situation** 3:19
**situations** 23:9
**Skip** 3:14,20,25
4:3,25 5:5,15
6:5,17,23 7:6
7:13,21 8:10
9:4,18,25 10:8
10:12,16,23
11:2,11 12:4
12:10,23 13:3
13:6,17 14:2
15:7,13 16:6
16:10,15 17:2
17:11,15,15
19:2,12 20:1,3
20:12 21:1,7
21:20,23 22:22
23:14,23
**sleazeball** 9:23
**somebody** 7:10
7:11 9:13 20:2
**sorry** 3:24
**Southern** 2:10
15:16
**SPEAKER** 2:2
22:11 23:3,18
**speeches** 6:8,9
6:10 8:4 18:20
19:1,3
**spend** 20:2
**spontaneous**
25:10
**Sports** 22:13
**start** 10:17
**starve** 8:25

**state** 4:1,7 15:3
17:17 18:5,6
18:16 25:4
**steal** 3:24 18:10
21:5
**stealing** 20:22
**Sterling** 11:24
**steroid** 22:4
**stole** 5:12
**Stop** 20:25
**stories** 14:25
**story** 12:7
**stuff** 7:2
**suffered** 3:4
**supervision** 25:8
**supplies** 18:24
19:9
**supposed** 6:6
8:18
**sure** 10:2 16:17

### T
**take** 5:3 6:2 16:1
17:23 20:8
**takeaway** 22:21
**talk** 4:11 18:21
18:25 20:20
23:7
**talked** 2:22
14:12
**tarnish** 2:13,17
15:25
**tarnished** 2:20
**Team** 23:12,13
**Ted** 5:20
**teen** 19:10
**tell** 19:2
**ten** 17:19
**testimony** 25:6
**text** 2:25 17:7
**texted** 4:13
**theoretical** 23:8
**thing** 10:2
**things** 16:13,16
**think** 2:13,16

Case 2:23-cv-00042-KS-MTP   Document 12-10   Filed 05/03/23   Page 30 of 30

Transcription of YouTube Video
Undisputed:  Shannon Wants Brett Favre Thrown in Prison over Mississippi Welfare Scandal - Sep 14, 2022

Page  29

12:11 17:16 21:21
**thought** 11:12 25:12
**three** 7:11 12:2 12:5
**throwing** 10:11
**THROWN** 1:9
**time** 9:24 11:21 14:9
**Today** 2:5
**top** 9:14
**total** 22:18,20
**Trade** 13:12
**training** 13:11
**transcribed** 1:23 25:7
**transcript** 25:15
**TRANSCRIP...** 1:5
**treat** 22:2
**treated** 22:6
**treatment** 14:17 14:23
**tried** 6:13
**true** 3:15 16:14 16:16 25:15
**try** 7:3 11:15 17:22 18:9
**trying** 9:12 18:8
**turn** 9:7
**TV** 10:4
**Twitter** 13:24
**Two** 16:13,16

**U**

**underserved** 4:9 8:19 9:1 17:25 19:5 20:9
**understanding** 25:16
**UNDISPUTE...** 1:8
**University** 2:10
**unloaded** 14:1,3

**untouchable** 21:24

**V**

**VIDEO** 1:23 2:1 24:1
**volleyball** 2:9 5:4 15:10,15 18:14 19:22 20:14

**W**

**walked** 3:12 14:4
**want** 4:22 13:9,9 13:11 17:16 18:22
**wanted** 4:25 5:1
**wants** 1:9 20:1
**warm** 14:25
**watch** 11:5
**water** 19:8
**way** 4:14,18
**we'll** 7:18 23:19
**We've** 9:8
**welfare** 1:9 2:8
**went** 2:24 22:6
**WIC** 7:1
**willing** 8:23,24
**Winning** 14:8
**wins** 23:11
**woman** 21:11
**women** 14:18
**won** 16:2
**worked** 11:22
**worst** 15:24
**wrestler** 5:21
**Wright** 10:11
**wrong** 4:21,24
**wrote** 13:22 14:6

**X**

**Y**

**Yahoo** 22:12

**Yeah** 3:21 5:16 6:18 7:14 9:19 14:12 15:12 16:4,9 17:12 18:3 20:4 21:2
**year** 21:17,17
**years** 12:2,5,20 13:22
**yesterday** 2:3 13:23
**younger** 11:18
**YouTube** 1:7

**Z**

**0**

**1**

**1** 25:14
**1.1** 8:2,7 18:19
**138** 22:19

**2**

**228,000** 8:11
**24** 25:14

**3**

**4**

**400** 7:4
**400,000** 7:12

**5**

**6**

**7**

**75** 11:21

**8**

**9**

**91029** 1:24 25:21