IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRETT LORENZO FAVRE**                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:23-cv-42-KS-MTP**

**SHANNON SHARPE**                                              **DEFENDANT**

### ORDER

On May 3, 2023, Defendant filed a Motion to Dismiss [12]. Plaintiff shall file a response on or before **May 17, 2023**. Fed. R. Civ. P. 6(a) (d); L.U.Civ.R. 7(b)(4). Defendant may file a reply on or before **May 24, 2023**. *Id.* If any party requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per motion, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they must seek leave to do so and advise the Court whether it is opposed.

SO ORDERED AND ADJUDGED this 4th day of May 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE