# EXHIBIT 2

5/23/23, 11:20 AM	Mississippi Office of the State Auditor News | Favre Repays TANF Funds - Mississippi Office of the State Auditor News

Case 2:23-cv-00042-KS-MTP Document 18-2 Filed 05/04/23 Page 2 of 2

# Mississippi Office of the State Auditor
## Shad White, State Auditor

Report Fraud

## Favre Repays TANF Funds

**May 6, 2020**

**JACKSON, Miss. –** State Auditor Shad White has released the following statement:

"Today my office has received $500,000 from Brett Favre in repayment for TANF money he was paid through MCEC and a commitment to repay the remainder in installments over the next few months. The money will be held in our clearing account for a period and then be sent, in full, to the Mississippi Department of Human Services to be used for TANF-appropriate expenditures. I want to applaud Mr. Favre for his good faith effort to make this right and make the taxpayers and TANF families whole. To date, we have seen no records indicating Mr. Favre knew that TANF was the program that served as the source of the money he was paid."

P.O. Box 956
Jackson, MS 39205-0956
Phone: 601.576.2800
Fax: 601.576.2687
Toll Free: 1.800.321.1275



Contact
Legislative Update
State of Mississippi
Transparency Mississippi
See The Spending
Careers