# EXHIBIT 4

# Southern Miss Athletics Announces Multi-Purpose Wellness Center

southernmiss.com/news/2017/10/19/Southern_Miss_Athletics_Announces_Multi_Purpose_Wellness_Center.aspx

Southern Miss



Women's Volleyball 10/19/2017 12:00:00 AM

**Oct. 19, 2017**
**HATTIESBURG, Miss. -** Southern Miss Athletics Director *Jon Gilbert* is pleased to formally announce plans for a new multi-purpose Wellness Center.

The Wellness Center will be located on The University of Southern Mississippi's campus and will provide space for community programming, volleyball courts, training room, weight room, locker rooms, classrooms, administrative offices and additional meeting space.

Gilbert used three words to describe the planned facility:

Collaboration - This has been a masterful collaboration. With approval from the State Institutions of Higher Learning Board of Trustees, and in close-collaboration with the Mississippi Community Education Center (MCEC), as well as other experts, we have begun planning, and now formally launch this project.

Creativity - From bottom to TOP, I am deeply impressed with the creativity and problem-solving skills of all involved. From initial building design and use, through funding models, this project clearly demonstrates the power of collaboration and creativity in serving our University and community needs. The center will be funded through private giving and in partnership with the MCEC.

Community - The center will be home to the USM Volleyball Program, and, I foresee the community will benefit in many ways - as we have the ability to host camps and clinics, classes, community events, seminars and group meetings.

Gilbert emphasized that planning is still underway for additional health and wellness initiatives, including youth development.

"On behalf of the University, the Department of Athletics, and as a community member, I am proud and honored to announce this facility," Gilbert said. "It is certain to be a point of pride, as it stands to serve our student-athletes, our student body, and community constituents for years to come."

Gilbert noted that much work remains to be done in planning, fundraising and construction. Full construction costs are yet to be finalized. The architectural firm of Wier Boerner Allin of Jackson, Mississippi, has been selected to design the facility.

Individuals interested in learning more about the center or supporting the project can contact *Brian Morrison*, Senior Associate AD for Development, at (601) 266-5055. Once full funding has been secured, construction is scheduled to take 12-15 months to complete.