# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**BRETT LORENZO FAVRE**                                                                     **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 2:23-cv-00042-KS-MTP**

**SHANNON SHARPE**                                                                          **DEFENDANT**

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Shannon Sharpe ("Defendant") respectfully moves the Court for an extension of time in which to file his Reply in Support of Motion to Dismiss as follows:

1. On May 24, 2023, at 11:45 p.m., Plaintiff filed his Memorandum of Law in Opposition to Defendant's Motion to Dismiss.[1] Pursuant to the Court's Order of May 16, 2023, Defendant's Reply in Support of Motion to Dismiss is currently due Wednesday, May 31, 2023.[2]

2. Defendant requests an extension of time of an additional seven (7) days, that is, until June 7, 2023, to file his Reply in Support of Motion to Dismiss.

3. On May 26, 2023, Counsel for Defendant contacted Plaintiff's counsel to request consent to an extension, but Plaintiff's counsel refused to agree to the extension.

4. This request is not made for delay but instead is reasonable under the circumstances, will not prejudice any party, and is necessary to give Defendant's counsel sufficient time to respond to properly address the arguments and authority in Plaintiff's Opposition.

---

[1] See Pacer Docket Entry No. 18 (Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss).
[2] See Text Only Order of May 16, 2023.

PD.42141282.1

**WHERFORE, PREMISES CONSIDERED**, Defendant respectfully requests an additional seven (7) days, until June 7, 2023, in which to file his Reply in Support of Motion to Dismiss.

Respectfully submitted, this the 26th day of May, 2023.

                                      Respectfully submitted,

                                      **PHELPS DUNBAR, LLP**

BY:   /s/ D. Michael Hurst, Jr.
        D. Michael Hurst, Jr., MB No. 99990
        James W. Shelson, MB No. 9693
        Mark Fijman, MB No. 99153
        4270 I-55 North
        Jackson, Mississippi 39211-6391
        Post Office Box 16114
        Jackson, Mississippi  39236-6114
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        Email: mike.hurst@phelps.com
                  jim.shelson@phelps.com
                  mark.fijman@phelps.com

                                  **ATTORNEYS FOR DEFENDANT SHANNON SHARPE**

## CERTIFICATE OF SERVICE

I certify that on May 26, 2023, this document was electronically filed with the Clerk of the Court using the ECF System, which sent notification of such filing to all counsel of record.

                                      /s/ D. Michael Hurst, Jr.
                                      D. MICHAEL HURST, JR.