IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRETT LORENZO FAVRE**                                                            **PLAINTIFF**

v.                                                          CIVIL ACTION NO. 2:23-cv-00042-KS-MTP

**SHANNON SHARPE**                                                                 **DEFENDANT**

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiff Brett Lorenzo Favre respectfully opposes Defendant Shannon Sharpe's motion for an extension of time to file his reply in support his Motion to Dismiss (ECF No. 19) as follows:

1.      Plaintiff has already consented to two extensions of time for Defendant to file his motion to dismiss.  Defendant told this Court and the Plaintiff that the premise for his second request for an extension was that he was not properly served.  Plaintiff has since learned that that contention is false, as reflected in the affidavit of service, s*ee* ECF No. 1-3, and a video of the process server's interaction with Defendant, a still image from which is below, which indisputably show that Defendant was properly served.



2.   Under these circumstances, Plaintiff opposes any further extension.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that the Court deny Defendant's motion for an extension of time to file his reply in support of his Motion to Dismiss.

**RESPECTFULLY SUBMITTED** on this, the 26th day of May, 2023.

        **BRETT LORENZO FAVRE, Plaintiff**

By: /s/ Eric D. Herschmann
**ERIC D. HERSCHMANN, Esq.** (*pro hac vice*)
210 Lavaca Street
Austin, Texas 78701
Telephone: (512) 551-3344
Facsimile: (512) 798-4376
Email: EDHNotice@gmail.com

**KASOWITZ BENSON TORRES LLP**
Daniel R. Benson, Esq. (*pro hac vice*)
Email: DBenson@kasowitz.com
Jennifer M. McDougall, Esq. (*pro hac vice*)
Email: JMcDougall@kasowitz.com
Daniel J. Koevary, Esq. (*pro hac vice*)
Email: DKoevary@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**MICHAEL J. SHEMPER, PLLC**
Michael J. Shemper (MSB# 100531)
Attorney at Law
140 Mayfair Road, Suite 1200
Hattiesburg, MS  39402
Telephone: (601) 545-7787
Facsimile: (601) 545-1711
Email: michael@shemperlaw.com

**SULLIVAN & SULLIVAN, PLLC**
James Robert "Bob" Sullivan, Jr. (MSB# 8613)
Attorneys at Law
424 Sawmill Road

P. O. Box 45
Laurel, MS  39441
Telephone: (601) 428-1505
Facsimile: (601-428-1590)
Email:  bob@sst-lawoffice.com

*Counsel for Plaintiff Brett Lorenzo Favre*

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel for Plaintiff, do hereby certify that I have this day electronically filed the foregoing document using the Court's CM/ECF filing system, which provides an electronic copy of the same to all counsel of record.

      THIS the 26th day of May, 2023.

                                              BY:    */s/ Eric D. Herschmann*