# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**BRETT LORENZO FAVRE**                                                   **PLAINTIFF**

**v.**                            **CIVIL ACTION NO. 2:23-cv-42-KS-MTP**

**SHANNON SHARPE**                                                   **DEFENDANT**

## **ORDER**

This cause comes before the Court on Defendant's Motion for Extension of Time to File a Reply [19]. Upon review of the docket, the Court sees no reason not to grant the extension. [19][20]. As such, the extension of time is granted.

Defendant may file a reply on or before **June 7, 2023**. Fed. R. Civ. P. 6(a) (d); L.U.Civ.R. 7(b)(4). If any party requires a further extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per motion. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they must seek leave to do so and advise the Court whether it is opposed.

SO ORDERED AND ADJUDGED this 30th day of May 2023.

                                                       /s/ Keith Starrett
                                                       KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE