IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRETT LORENZO FAVRE**                                    **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 2:23-cv-42-KS-MTP**

**SHANNON SHARPE**                                    **DEFENDANT**

## FINAL JUDGMENT AND DISMISSAL

The Court, on this date, entered an Order, granting the Motion to Dismiss [12] filed by Shannon Sharpe. *See* Order at Doc. No. [23]. Therefore, pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED that this final judgment be entered. Plaintiff's claims against the Defendant are hereby dismissed with prejudice, with each party to bear its own costs. This case is now closed.

SO ORDERED AND ADJUDGED this 30th day of October 2023.

                                               /s/ Keith Starrett
                                               KEITH STARRETT
                                               UNITED STATES DISTRICT JUDGE